UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v.<br><br>1. DOUGLAS BANNERMAN,<br>2. KURT WALTER,<br>  (a/k/a "Cort")<br>3. GARY NEWELL,<br>4. DANIEL MACAULEY,<br>5. JOHN MCCARTHY,<br>6. JOHN GRAHAM,<br>  (a/k/a "JG" or "G-Man"),<br>7. SCOTT MYERS, and<br>8. JOSE VEZGA,<br>       Defendants. | VIOLATIONS: *03-10370-DPW*<br>21 U.S.C. § 846 –<br>Conspiracy to Possess<br>With Intent to Distribute<br>And to Distribute Marijuana<br><br>21 U.S.C. §841 –<br>Possession of Marijuana with<br>Intent to Distribute and<br>Distribution of Marijuana<br><br>18 U.S.C. §1956(a)(1) –<br>Money Laundering |

## GOVERNMENT'S MOTION TO SEAL INDICTMENT

The United States Attorney hereby respectfully moves the Court to seal the indictment in this case, except with respect to defendants following their arrest, and with respect to Pretrial Services. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case, as well as the government's ability to arrest the defendants, but that arrested defendants must receive the indictment to be advised of its charges, and that Pretrial Services requires copies of the indictment to review the charges and make custody recommendations to the Court.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

By: RACHEL E. HERSHFANG
RACHEL E. HERSHFANG
Assistant U.S. Attorney

Dated: December 4, 2003

*December 4, 2003. Allowed.*

*Marianne B. Bowler, USMJ*