

U.S. Department of Justice

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

January 2, 2004

Ms. Gina Affsa
Clerk to Hon. Robert B. Collings
United States District Court
1 Courthouse Way
Boston MA 02210

    Re: <u>United States v. Bannerman</u> et al.
        No. 03-10370-DPW

Dear Ms. Affsa:

    Enclosed for filing in the above-captioned case please find a facsimile signature page that I received from Michael Bourbeau, newly appointed as counsel to Scott Myers. Mr. Bourbeau has the original. Please attach this page to the Protective Order filed on December 3, 2003. Thank you!

                            Very truly yours,

                            MICHAEL J. SULLIVAN
                            United States Attorney

                By: _____
                      RACHEL E. HERSHFANG
                      Assistant U.S. Attorney

Enclosure

cc:   James M. Merberg
      66 Long Wharf
      Boston, MA 02110

      John Wall, Esq.
      Law Office of John Wall

Ms. Affsa
December 8, 2003
Page 2

    One Commercial Wharf West
    Boston, MA 02110

    Kevin J. Reddington, Esq.
    Kevin J. Reddington Law Office
    1342 Belmont
    Brockton, MA 02301

    John T. Diamond, III, Esq.
    15 Foster
    Quincy, MA 02169

    Michael C. Bourbeau, Esq
    21 Union Street
    Boston, MA 02108

    Owen S. Walker, Esq.
    Federal Defenders Office
    408 Atlantic Avenue
    Boston, MA 02109

## PROTECTIVE ORDER

### Douglas Bannerman et al.,
### Criminal No. 03-M-0454-RBC

_____      12/8/03
Rachel E. Hershfang            Date
Assistant U.S. Attorney

_____      12/8/03
                               Date

_____      12/10/03
John Wall                      Date

_____      12-22-03
                               Date

_____      12/22/03
                               Date

Owen Walker (Jose Vega)        12/22/03
_____      Date

_____      12/31/03
                               Date

_____      _____
                               Date