UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA   )
                         )
        v.           )       CRIMINAL NO. 03cr10370-DPW
                         )
JOSE VEZGA               )

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned Assistant
Federal Public Defender as co-counsel for the defendant.

> JOSE VEZGA
> By his attorney,
>
> Page Kelley
>   B.B.O. #548237
> Federal Defender Office
> 408 Atlantic Avenue, 3rd
> Floor
> Boston, MA  02110
> Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Page Kelley, hereby certify that a true copy of the above
document was served on Assistant U.S. Attorney Denise J. Casper
and Assistant U.S. Attorney Rachel E. Hershfang on February 6,
2004.

> Page Kelley