UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03cr10370-DPW |
| | ) | |
| JOSE VEZGA | ) | |

DEFENDANT'S ASSENTED-TO REQUEST FOR ADDITIONAL TIME
TO FILE DISCOVERY LETTER

Page Kelley, counsel for Jose Vezga, respectfully requests that this Court permit her to file the defendant's discovery letter, due Friday, August 6, on Tuesday, August 10. Assistant United States Attorney Rachel Hershfang has no objection to this request.

Counsel so requests because this is a complex case charging a drug distribution conspiracy with eight named co-defendants. To date counsel has received 4,961 pages of discovery. There are numerous search warrants - for dwellings, storage areas, cars, and voice mailboxes - associated with the case, and numerous court-authorized interceptions of wire, electronic and/or oral communications. While counsel has reviewed all the paper discovery, she has not yet completed reviewing the tapes and videotapes associated with the case. Counsel also had planned to meet with the defendant before filing the discovery request but has not had the time to do so this week due to unforeseen pressing obligations in other cases which have come up. Counsel therefore requests two additional business days to file the letter.

JOSE VEZGA
By his attorney,

<u>/s/ Page Kelley</u>

Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061