UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 03cr10370-DPW |
| ) | |
| JOSE VEZGA ) | |

### DEFENDANT'S ASSENTED-TO REQUEST FOR ADDITIONAL TIME TO FILE NON- DISCOVERY MOTIONS

Page Kelley, counsel for Jose Vezga, respectfully requests that this Court permit her to have an additional sixty days to file the defendant's non-discovery motions, which are presently due September 22, 2004. Assistant United States Attorney Rachel Hershfang has no objection to this request.

Counsel so requests because this is a complex case charging a drug distribution conspiracy with eight co-defendants. To date counsel has received over five thousand pages of discovery. There are numerous search warrants - for dwellings, storage areas, cars, and voice mailboxes - associated with the case, and numerous court-authorized interceptions of wire, electronic and/or oral communications. While counsel has reviewed all the paper discovery, she has not yet completed reviewing the tapes and videotapes associated with the case. It appears to counsel that her client, Jose Vezga, is a minor participant in the conspiracy, and the evidence against her client appears to be minimal. For this reason, motions to suppress evidence relating to court-authorized interceptions of wire, electronic and/or oral communications are critical to this defendant's case.

Counsel has been an Assistant Federal Defender since February, 2004. Originally she was to second-seat this case with Federal Defender Owen Walker. Mr. Walker has been out on a

medical leave for some time and informed counsel two weeks ago that he will not be assisting on the case.

In sum, in spite of counsel's best efforts, she has not been able to complete the task of reviewing discovery in this case and assessing the defendant's potential motions, including motions to suppress court-authorized interceptions of wire communications. Therefore counsel respectfully requests the additional time in order to complete this work.

JOSE VEZGA
By his attorney,

/s/ Page Kelley

Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061