# DELVECCHIO & HOUSEMAN

ATTORNEYS AT LAW

The Perry Building
15 Front Street
Salem, Massachusetts 01970

Debra A. DelVecchio
Scott D. Houseman

Telephone (978) 740-5999
Telecopier (978) 740-9434

August 26, 2004

By FAX to (617) 748-3965

AUSA Rachel E. Hershfang
United States Attorney's Office
Moakley Federal Court House
One Courthouse Way, 10th Floor
Boston, MA 02110

LAW OFFICE OF
ROBERT B. COLLINGS
U.S. MAGISTRATE JUDGE

SEP -9 2004

UNITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS

RE: United States v. Douglas Bannerman et al.
    CRIM. NO. 03-10370-DPW

Dear Rachel:

As you know, I represent Gary Newell in the above-captioned case. I am writing to confirm the current status of discovery issues in the case.

On June 10, 2004, I sent you a letter requesting supplemental discovery relating, *inter alia*, to the Government's use of a canine named Mako in the investigation of this case. Later that month, we spoke by telephone and we agreed that you would send me some materials relating to this canine. I then would let you know whether I still needed the rest of the items requested in my June 10th letter.

When I returned from vacation this week, I found your letter dated August 16, 2004 indicating that the canine's handler has been unable to locate the canine's training records and that they likely were destroyed. I also received your August 18, 2004 letter with copies of the canine's training certificates for 1996, 1998, and 2000.

As you know, the Court expects defense counsel to file evidentiary motions by September 22, 2004. At this point, I do not have the information that I need to complete my investigation of the case, retain a defense expert, or prepare motions on my client's behalf.

DEL VECCHIO & HOUSEMAN

AUSA Rachel E. Hershfang
RE:  Gary Newell
August 26, 2004
Page 2


As we discussed by telephone yesterday, I am sending you this letter to renew my earlier requests for discovery, as set forth in my June 10th letter.

I understand that you will be on vacation from August 27th until September 8th. When you return from vacation, please contact me at your earliest convenience to discuss my requests and how you wish to proceed in the case.

Thank you for your cooperation and courtesy.

                                Very truly yours,

                                Debra A. DelVecchio

DAD/ss
Enclosure
cc:  Judge Robert B. Collings
     Mr. Gary Newell