UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10370 DPW |
| | ) | |
| JOSE VEZGA | ) | |
| | ) | |

MOTION TO JOIN IN MOTION TO SUPPRESS EVIDENCE
PRODUCED BY WIRETAP ORDERS FILED BY DEFENDANT BANNERMAN

Jose Vezga hereby moves this Court to allow him to join in the Motion to Suppress Evidence Produced by Wiretap Orders filed by defendant Douglas Bannerman. In support of this motion the defendant states:

1. Mr. Vezga is an "aggrieved person" within the meaning of 18 U.S.C.A. §2510 (11).

2. It is in the interests of justice to permit Mr. Vezga to join in the motion of his co-defendant.

JOSE VEZGA
By his attorney,


/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Dated: November 29, 2004