UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10370 DPW |
| | ) | |
| JOSE VEZGA | ) | |
| | ) | |

ASSENTED-TO MOTION FOR TIME TO RESPOND TO
GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS

Defendant Jose Vezga, through counsel, respectfully requests that the Court allow counsel to file a response to the Government's Opposition to Jose Vezga's Motion to Suppress Evidence and Statements on or before Monday, January 10. Counsel so requests because she received the government's opposition on Monday, December 20. She is leaving town immediately after the holiday and will be returning to work on Monday, January 3.

The Assistant United States Attorney assigned to this case, Rachael Hershfang, has no objection to this request.

> JOSE VEZGA
> By his attorney,
>
> /s/ Page Kelley
> Page Kelley
>   B.B.O. #548237
> Federal Defender Office
> 408 Atlantic Avenue, 3rd Floor
> Boston, MA  02110
> Tel: 617-223-8061

Date: December 22, 2004