JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Daniel Macauley

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**   **Category No.** I   **Investigating Agency** DEA

**City** Boston   **Related Case Information:**

**County** Suffolk   Superseding Ind./ Inf.  X   Case No. 03-10370-DPW
Same Defendant  X   New Defendant
Magistrate Judge Case Number   03-0454-RBC
Search Warrant Case Number   03-0455-61, 0477, 0479-84-RBC
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   John J. McCarthy   Juvenile: ☐ Yes  ■ No

Alias Name

Address   32 Juniper Street, Brookline, MA

Birthdate: 1964   SS #   Sex: Male   Race:   Nationality:

**Defense Counsel if known:**      Address

Bar Number

**U.S. Attorney Information:**

AUSA   Rachel E. Hershfang/Denise J. Casper   Bar Number if applicable

Interpreter:  ☐ Yes  ■ No   List language and/or dialect:

Matter to be SEALED:   ■ Yes  ☐ No

■ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date

☐ Already in Federal Custody as of ____ in ____
☐ Already in State Custody at ____  ☐ Serving Sentence ____  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: ____  on  12/03

**Charging Document:**   ☐ Complaint   ☐ Information   ■ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ■ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

■ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: October 28, 2004   Signature of AUSA: [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    John J. McCarthy.

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

bannerjs45.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**
City: Boston
County: Suffolk

Category No. I
Investigating Agency: DEA

**Related Case Information:**
Superseding Ind./ Inf. X    Case No. 03-10370-DPW
Same Defendant X    New Defendant
Magistrate Judge Case Number 03-0454-RBC
Search Warrant Case Number 03-0455-61, 0477, 0479-84-RBC
R 20/R 40 from District of

**Defendant Information:**
Defendant Name: John Graham    Juvenile: ☐ Yes ■ No
Alias Name:
Address:
Birthdate: 1961    SS #:    Sex: Male    Race:    Nationalit: Canadian

**Defense Counsel if known:**    Address:
Bar Number:

**U.S. Attorney Information:**
AUSA: Rachel E. Hershfang/Denise J. Casper    Bar Number if applicable:

Interpreter: ☐ Yes ■ No    List language and/or dialect:

Matter to be SEALED: ■ Yes ☐ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**
Arrest Date: 12/2/03

☐ Already in Federal Custody as of 12/2/03 in
☐ Already in State Custody at    ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release: Ordered by: MJ Collings    on 12/3/03

**Charging Document:** ☐ Complaint    ☐ Information    ■ Indictment
**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ■ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

■ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: October 28, 2004    Signature of AUSA: [signature]

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    John Graham

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

bannerjs45.wpd - 2/7/02

☙JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**  Category No. __I__   Investigating Agency __DEA__

City __Boston__

County __Suffolk__    **Related Case Information:**

Superseding Ind./ Inf. __X__   Case No. __03-10370-DPW__
Same Defendant __X__   New Defendant _____
Magistrate Judge Case Number __03-0454-RBC__
Search Warrant Case Number __03-0455-61, 0477, 0479-84-RBC__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Scott Myers__   Juvenile:  ☐ Yes  ■ No
Alias Name _____
Address __405 Columbus Avenue, Boston, MA__
Birthdate: __1968__  SS # _____  Sex: __Male__  Race: __White__   Nationality: _____

**Defense Counsel if known:** _____   Address _____
Bar Number _____

**U.S. Attorney Information:**

AUSA __Rachel E. Hershfang/Denise J. Casper__   Bar Number if applicable _____

Interpreter:  ☐ Yes  ■ No   List language and/or dialect: _____

**Matter to be SEALED:**  ■ Yes  ☐ No

■ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date _____

x  Already in Federal Custody as of __12/03__ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ■ Indictment
**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   ■ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

■ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __October 28, 2004__   Signature of AUSA: _[signature]_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Scott Myers

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

✎JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

# Criminal Case Cover Sheet  U.S. District Court - District of Massachusetts

**Place of Offense:**  **Category No.** I  **Investigating Agency** DEA

**City** Boston  **Related Case Information:**

**County** Suffolk  
Superseding Ind./ Inf. X  Case No. 03-10370-DPW  
Same Defendant X  New Defendant  
Magistrate Judge Case Number 03-0454-RBC  
Search Warrant Case Number 03-0455-61, 0477, 0479-84-RBC  
R 20/R 40 from District of

## Defendant Information:

**Defendant Name** Jose Vezga  **Juvenile:** ☐ Yes  ■ No  
**Alias Name**  
**Address** 11 Melrose Avenue, Wakefield, MA  
**Birthdate:** 1958  **SS #**  **Sex:** Male  **Race:** Hispanic  **Nationality** Venezuela

**Defense Counsel if known:**  **Address**  
**Bar Number**

## U.S. Attorney Information:

**AUSA** Rachel E. Hershfang/Denise J. Casper  **Bar Number if applicable**

**Interpreter:** ☐ Yes  ■ No  List language and/or dialect:

**Matter to be SEALED:** ■ Yes  ☐ No

☐ Warrant Requested  ☐ Regular Process  X In Custody

## Location Status:

**Arrest Date** 12/3/03

☐ Already in Federal Custody as of _____ in _____  
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial  
X On Pretrial Release:  Ordered by: MJ Collings  on  12/3/03

**Charging Document:**  ☐ Complaint  ☐ Information  ■ Indictment

**Total # of Counts:**  ☐ Petty ___  ☐ Misdemeanor ___  ■ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

■ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: October 28, 2004  Signature of AUSA: [signature]

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Jose Vezga

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

~JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** I     **Investigating Agency** DEA

**City** Boston

**Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf.  X     Case No. 03-10370-DPW
Same Defendant ___ New Defendant X
Magistrate Judge Case Number 03-0454-RBC
Search Warrant Case Number 03-0455-61, 0477, 0479-84-RBC
R 20/R 40 from District of

**Defendant Information:**

Defendant Name: Frank Giglio     Juvenile: ☐ Yes  ■ No

Alias Name:

Address:

Birthdate: ___ SS # ___ Sex: Male  Race: White  Nationalit ___

**Defense Counsel if known:**     Address

Bar Number

**U.S. Attorney Information:**

AUSA Rachel E. Hershfang/Denise J. Casper     Bar Number if applicable

**Interpreter:** ☐ Yes  ■ No     List language and/or dialect:

**Matter to be SEALED:** ■ Yes  ☐ No

X  Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date ___

☐ Already in Federal Custody as of ___ in ___
☐ Already in State Custody at ___ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ___ on ___

**Charging Document:** ☐ Complaint ☐ Information ■ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ■ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: October 28, 2004     Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Frank Giglio

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____