UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-10370 DPW |
| ) | |
| JOSE VEZGA ) | |
| ) | |

DEFENDANT'S RESPONSE TO GOVERNMENT'S
OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS

    The Government's Opposition to defendant's Motion to Suppress makes plain that an evidentiary hearing is necessary to resolve substantial factual disputes. These disputes include, but are not limited to, the circumstances surrounding the initiation of the trip to the defendant's apartment; the timing of the agents' observations in the apartment; what could be observed from certain locations in the apartment; and facts relevant to any purported consent to search the apartment. The Court must resolve these factual disputes in order to apply the law pertaining to the search and seizure issues raised here.

    The defendant thus reiterates his request for an evidentiary hearing and for leave to file a supplemental memorandum following the hearing.

> JOSE VEZGA
> By his attorney,
>
> /s/ Page Kelley
> Page Kelley
>   B.B.O. #548237
> Federal Defender Office
> 408 Atlantic Avenue, 3rd Floor
> Boston, MA  02110
> Tel: 617-223-8061

Date: January 10, 2005