UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.03-10370 DPW |
| | ) | |
| JOSE VEZGA | ) | |
| | ) | |

ASSENTED-TO MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant, Jose Vezga, respectfully requests that this Court modify his conditions of release to allow him to travel to Miami, Florida, from Saturday, March 19 to Saturday, March 26, with his two minor children, to visit with his parents and his sister and her family, who are traveling to Miami from Venezuela for the week. The defendant is on pretrial release and has been compliant with his conditions.

The defendant's Pretrial Services Officer, Basil Cronin, and the Assistant United States Attorney assigned to this case, Rachel Hershfang, have no objection to this request. The defendant will comply with whatever conditions Mr. Cronin requires, such as informing Mr. Cronin of the address where he is staying and making whatever telephone contact Mr. Cronin feels is appropriate.

                                                  JOSE VEZGA
                                                  By his attorney,
                                                  /s/Page Kelley
                                                  Page Kelley
                                                    B.B.O. #548237
                                                  Federal Defender Office
                                                  408 Atlantic Avenue, 3rd Floor
                                                  Boston, MA  02110
                                                  Tel: 617-223-8061

March 14, 2005