

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

July 8, 2005

By First Class Mail
James M. Merberg, Esq.                  John T. Diamond, III, Esq.
66 Long Wharf                           15 Foster
Boston, MA 02110                        Quincy, MA 02169

Kevin J. Reddington, Esq.               Mary Page Kelley, Esq.
Kevin J. Reddington Law Office          Federal Defenders Office
1342 Belmont                            408 Atlantic Avenue
Brockton, MA 02301                      Boston, MA  02109

Martin G. Weinberg                      William J. Cintolo, Esq.
Oteri, Weinberg & Lawson                1 International Place
20 Park Plaza                               Suite 1820
Boston, MA 02116                        Boston, MA 02110


William Crowe, Esq.                     Debra A. DelVecchio
Crowe & Dunn, LLP                       DelVecchio & Houseman
141 Tremont St.                         Perry Building
Boston, MA 02111                        15 Front St.
                                        Salem, MA 01970

        Re:   United States v. Douglas Bannerman et al.
              Criminal No. 03-10370-DPW

Dear Counsel:

        I write with respect to the September 12 trial in the above-
captioned case.  As you are aware, we have suppression hearings
scheduled for July 26-28, and Judge Woodlock has indicated that,
on that date, he is likely to impose accelerated disclosure
deadlines for some pretrial materials.  Accordingly, as of the
end of the suppression hearings, my trial preparations will begin

in earnest. By this I mean that my time, and the time of my co-counsel for trial, as well as DEA resources, will be dedicated almost entirely to preparing to try the case. In addition to diverting these prosecutorial resources from other cases, the government will incur the expense of bringing out-of-state witnesses (including the chemists and out-of-state law enforcement officers) to Massachusetts to prepare for trial, and will disrupt those individuals' schedules.

Accordingly, **unless you indicate to the Court, in writing, by 5:00 p.m. on Friday, July 29, that your client will tender a guilty plea, I will oppose a three-level reduction for acceptance of responsibility**. If you are interested in reviewing, again, the government's calculation of the marijuana weight believed attributable to your client, the basis for that calculation, and/or the likely resulting guideline sentencing range, please contact me.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By: Rachel E. Hershfang
Assistant U.S. Attorney

cc:  Ms. Michelle Rynne
     Clerk to the Hon. Douglas P. Woodlock

2