UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

DOUGLAS BANNERMAN, ET AL.          CRIMINAL NO. 03-10370-DPW

### NOTICE REGARDING HEARING ON MOTIONS TO SUPPRESS

WOODLOCK, District Judge

As discussed at the Status Conference on JUNE 14, 2005, the Court will address pending motions to suppress according to the following schedule:

**JULY 26, 2005 at 9:00 am**: Evidentiary Hearing and argument re: Motion to Suppress [162] filed by JOSE VEZGA, followed by Evidentiary hearing and argument re: Motions to Suppress [166] and [168] filed by GARY NEWELL;

**JULY 27, 2005 at 9:00 am:** Evidentiary hearing and argument CONTINUED re: Motions to Suppress [166] and [168] filed by GARY NEWELL; Franks issues will be reserved until after suppression hearing.

**JULY 28, 2005 AT 9:00 am**: Argument re: Motion to Suppress [160] filed by DOUGLAS BANNERMAN and joined by all defendants and Argument re: Motion to suppress [250] filed by FRANK GIGLIO.

BY THE COURT,

/s/ Michelle Rynne
Deputy Clerk

DATED: July 22, 2005