AO 187 (Rev. 7/87) Exhibit and Witness List                    *Evidentiary Hearing*

# United States District Court
## DISTRICT OF MASSACHUSETTS

motion [147]

US  v.  Jose Vezga

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 03-10370-DPW

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Woodlock | Paige Kelly | Rachel Hershfang |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 7-26-05 | Owens | Kyrne |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 7-26-05 | | | Agent Barton |
| 1 | | " | 1 ✓ | ✓ | DEA 13A Card |
| 2 | | " | 2 ✓ | ✓ | Rolling paper and gram scale |
| 3 | | " | ✓ | ✓ | Agent Barton's drawing of apt. layout |
| | ✓ | 7-26-05 | | | Jose Vezga |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

X Exhibits returned to AUSA on 1/26/05

Page 1 of ____ Pages