UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 03-10370-DPW |
| | ) | |
| | ) | VIOLATIONS: |
| | ) | 21 U.S.C. § 846 - |
| v. | ) | Conspiracy to Possess |
| | ) | With Intent to Distribute |
| 1. DOUGLAS BANNERMAN, | ) | And to Distribute Marijuana |
| 2. KURT WALTER, | ) | |
| (a/k/a "Cort") | ) | 21 U.S.C. §841 - |
| 3. GARY NEWELL, | ) | Possession of Marijuana with |
| 4. DANIEL MACAULEY, | ) | Intent to Distribute and |
| 5. JOHN MCCARTHY, | ) | Distribution of Marijuana |
| 6. JOHN GRAHAM, | ) | |
| (a/k/a "JG" or "G-Man"), | ) | 18 U.S.C. §1957 - |
| 7. SCOTT MYERS, | ) | Money Laundering |
| 8. JOSE VEZGA, and | ) | |
| 9. FRANK GIGLIO, | ) | 18 U.S.C. §2 - |
| | ) | Aiding and Abetting |
| Defendants. | ) | |

## SECOND SUPERSEDING INDICTMENT

**COUNT ONE:   (21 U.S.C. § 846 - Conspiracy to Possess With
Intent To Distribute and to Distribute Marijuana)**

The Grand Jury charges that:

From a date unknown to the Grand Jury, but no later than in

or about January, 2003, and continuing until on or about December

1, 2003, at Boston and Brookline, and elsewhere, in the District

of Massachusetts, and elsewhere,

           **1. DOUGLAS BANNERMAN,
           2. KURT WALTER,
           (a/k/a "Cort")
           3. GARY NEWELL,
           4. DANIEL MACAULEY,
           5. JOHN MCCARTHY,
           6. JOHN GRAHAM,
           (a/k/a "JG" or "G-Man"),
           8. JOSE VEZGA, and
           9. FRANK GIGLIO,**

defendants herein, knowingly and intentionally combined, conspired, and agreed with each other and with others known and unknown to the Grand Jury, to possess with intent to distribute and to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy involved 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance. Accordingly, 21 U.S.C. § 841(b)(1)(B)(vii) is applicable to this count.

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:**      **(21 U.S.C. § 841 - Possession With Intent To Distribute and Distribution of Marijuana)**

The Grand Jury further charges that:

On or about May 22, 2003 at Natick, in the District of Massachusetts,

### 2. KURT WALTER, a/k/a "Cort,"

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT THREE:** (21 U.S.C. § 841 - Possession With Intent To Distribute and Distribution of Marijuana; 18 U.S.C. §2 - Aiding and Abetting)

The Grand Jury further charges that:

On or about June 12, 2003 at Brookline, in the District of Massachusetts,

## 2. KURT WALTER, a/k/a "Cort,"

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FOUR:**    **(21 U.S.C. § 841 - Possession With Intent To Distribute and Distribution of Marijuana)**

The Grand Jury further charges that:

On or about August 21, 2003, at Newton, in the District of Massachusetts,

### 2. KURT WALTER, a/k/a "Cort,"

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FIVE:**     **(21 U.S.C. § 841 - Possession With Intent To Distribute and Distribution of Marijuana)**

The Grand Jury further charges that:

On or about September 16, 2003, in Brookline, in the District of Massachusetts,

### 2. KURT WALTER, a/k/a "Cort,"

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT SIX:**     **(18 U.S.C. § 1957 - Money Laundering; 18 U.S.C. §2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about March 23, 2002, in the District of Massachusetts,

### 2. KURT WALTER, a/k/a "Cort,"

defendant herein, did knowingly engage and attempt to engage in a monetary transaction by, through, or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is, transfer of U.S. currency and monetary instruments in the sum of $12,000, such property having been derived from a specified unlawful activity, to wit: the sale and distribution of marijuana.

In violation of Title 18, United States Codes, Sections 1957 and 2.

**COUNT SEVEN:** **(18 U.S.C. § 1957 - Money Laundering; 18 U.S.C. §2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about July 29, 2002, in the District of Massachusetts,

### 2. KURT WALTER, a/k/a "Cort,"

defendant herein, did knowingly engage and attempt to engage in a monetary transaction by, through, or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is, transfer of U.S. currency and monetary instruments in the sum of $25,000, such property having been derived from a specified unlawful activity, to wit: the sale and distribution of marijuana.

In violation of Title 18, United States Codes, Sections 1957 and 2.

**COUNT EIGHT:** **(18 U.S.C. § 1957 - Money Laundering; 18 U.S.C. §2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about December 20, 2002, in the District of Massachusetts,

### 2. KURT WALTER, a/k/a "Cort,"

defendant herein, did knowingly engage and attempt to engage in a monetary transaction by, through, or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is, transfer of U.S. currency and monetary instruments in the sum of $47,877, such property having been derived from a specified unlawful activity, to wit: the sale and distribution of marijuana.

In violation of Title 18, United States Codes, Sections 1957 and 2.

## CRIMINAL FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of committing one or more of the offenses alleged in Counts One through Five of this indictment, in violation of 21 U.S.C. §846 and 841(b)(1)(B) (conspiracy to possess with intent to distribute and to distribute marijuana); and 21 U.S.C. §841 (possession with intent to distribute and distribution of marijuana):

> **1. DOUGLAS BANNERMAN,**
> **2. KURT WALTER,**
> **(a/k/a "Cort")**
> **3. GARY NEWELL,**
> **4. DANIEL MACAULEY,**
> **5. JOHN MCCARTHY,**
> **6. JOHN GRAHAM,**
> **(a/k/a "JG" or "G-Man"),**
> **8. JOSE VEZGA, and**
> **9. FRANK GIGLIO**

defendants herein, if convicted, shall forfeit to the United States, pursuant to 21 U.S.C. §853: (1) any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the charged offenses; and (2) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses.

Such property includes, but is not limited to, the following:

## REAL PROPERTY

(i) All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 25 Royal Road, Brookline, Massachusetts, more fully described in the deed dated July 21, 1980, recorded at the Norfolk County Registry of Deeds, Book 5755, page 574;

2. If any of the above-described forfeitable property, as a result of any act or omission of the defendants: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. §853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property. Such substitute assets include, but are not limited to the following:

## REAL PROPERTY

(i) All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at, 23 Pilgrim By Way, Duxbury, Massachusetts, as more fully described in the deed dated April 22, 2002 and the fiduciary deed, recorded at the Plymouth County Registry of Deeds, book 21938, page 150 and filed in registered land as

certificate 101124, Document 536860 and in unregistered land as certificate 101124, document 504340.

All in accordance with Title 18, United States Code, Section 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

## MONEY LAUNDERING FORFEITURE ALLEGATION
### (18 U.S.C. §982)

The Grand Jury further charges that:

1. Pursuant to Title 18, United States Code, Section 982(a)(1),

### 1. KURT WALTER,

### a/k/a "Cort,"

defendant herein, if convicted of the offenses set forth in Counts Six, Seven, and Eight, shall forfeit to the United States the following property:

a. All right, title, and interest in any and all property involved in each offense in violation of Title 18, United States Code, Section 1957 , for which the defendant is convicted, and all property traceable to such property, including, but not limited to, the following:

1) all money or other property that was the subject of each transaction, transportation, transmission or transfer in violation of Section 1957;

2) all commissions, fees and other property constituting proceeds obtained as a result of those violations; and

3) all property used in any manner or part to commit or to facilitate the commission of those violations;

b. A sum of money equal to the total amount of money involved in each offense, or conspiracy to commit such offense, for which the defendant is convicted. If more than one defendant is convicted of an offense, the defendants so convicted are jointly and severally liable for the amount involved in such

offense.

2. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), each defendant shall forfeit substitute property, up to the value of the amount of the forfeitable property described above, if, by any act or omission of the defendant, the property described in paragraph 1, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

All in accordance with Title 18, United States Code, Section 982(a)(1), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

RACHEL E. HERSHFANG
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; August $11$, 2005.

Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK

8/11/05 @ 12.49pm

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                **Category No.** __II__         **Investigating Agency** __DEA__

**City** __Boston__                  **Related Case Information:**

**County** __Suffolk__               Superseding Ind./ Inf. __X__         Case No. __03-10370-DPW__
                                     Same Defendant              New Defendant
                                     Magistrate Judge Case Number    03-0454-RBC
                                     Search Warrant Case Number    03-0455-61, 0477, 0479-84-RBC
                                     R 20/R 40 from District of

**Defendant Information:**

Defendant Name    __Douglas K. Bannerman__                Juvenile:       □ Yes       ■ No

Alias Name

Address    __790 Boylston Street, Apt 17E, Boston, MA__

Birthdate: __1958__      SS # _____    Sex: __Male__    Race: __White__        Nationalit _____

**Defense Counsel if known:**                            Address _____

Bar Number

**U.S. Attorney Information:**

AUSA    __Rachel E. Hershfang__                  Bar Number if applicable

**Interpreter:**       □ Yes    ■ No         List language and/or dialect:

**Matter to be SEALED:**       □ Yes    ■ No

    □    Warrant Requested         □ Regular Process         X In Custody

**Location Status:**

Arrest Date        __12/2/03__

X Already in Federal Custody as of        __12/2/03__            in

□ Already in State Custody at ————————— □ Serving Sentence        □ Awaiting Trial

□ On Pretrial Release:    Ordered by:                    on

**Charging Document:**       □ Complaint       □ Information       ■ Indictment

**Total # of Counts:**       □ Petty ———    □ Misdemeanor ———    ■ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

■    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.**

Date:    __August 11 , 2005__        Signature of AUSA:    _Rachel Hershfang_

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**      Douglas K. Bannerman _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS45 for indictment.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** DEA |

**City**    Boston

**Related Case Information:**

**County**    Suffolk

Superseding Ind./ Inf.    X    Case No.    03-10370-DPW
Same Defendant    X    New Defendant
Magistrate Judge Case Number    03-0454-RBC
Search Warrant Case Number    03-0455-61; 0477, 0479-84-RBC
R 20/R 40 from District of

**Defendant Information:**

Defendant Name    Kurt Walter                          Juvenile:        ☐ Yes    ■ No

Alias Name    "Cort"

Address    30 Gardner Road, Brookline, MA

Birthdate:  1965    SS #              Sex:  Male    Race:  White          Nationalit

**Defense Counsel if known:**                          Address

Bar Number

**U.S. Attorney Information:**

AUSA    Rachel E. Hershfang                          Bar Number if applicable

**Interpreter:**        ☐ Yes    ■ No          List language and/or dialect:

**Matter to be SEALED:**        ☐ Yes    ■ No

☐ Warrant Requested        ■ Regular Process          In Custody

**Location Status:**

Arrest Date        12/2/03

Already in Federal Custody as of                          in

☐ Already in State Custody at ──────────────── ☐ Serving Sentence        ☐ Awaiting Trial

■ On Pretrial Release:    Ordered by:    MJ Collings          on

**Charging Document:**        ☐ Complaint        ☐ Information          ■ Indictment

**Total # of Counts:**        ☐ Petty ──────    ☐ Misdemeanor ────── ■ Felony  8

Continue on Page 2 for Entry of U.S.C. Citations

■    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:    August  1 , 2005          Signature of AUSA:

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Kurt Walter _____

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2   21 U.S.C. § 841 | PWID and Distribution of Marijuana | 2-5 |
| Set 3   18 U.S.C. §§ 1957, 2 | Money Laundering, Aiding and Abetting | 6-8 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

| **Place of Offense:** | **Category No.** II | **Investigating Agency** DEA |

**City**    Boston                    **Related Case Information:**

**County**    Suffolk

Superseding Ind./ Inf.    X                Case No.        03-10370-DPW
Same Defendant        X            New Defendant
Magistrate Judge Case Number        03-0454-RBC
Search Warrant Case Number    03-0455-61, 0477, 0479-84-RBC
R 20/R 40 from District of

**Defendant Information:**

Defendant Name    Gary Newell                    Juvenile:        □ Yes    ■ No

Alias Name

Address

Birthdate:            SS #            Sex:  Male    Race:                Nationality

**Defense Counsel if known:**                    Address

Bar Number

**U.S. Attorney Information:**

AUSA    Rachel E. Hershfang                Bar Number if applicable

**Interpreter:**        □ Yes    ■ No        List language and/or dialect:

**Matter to be SEALED:**        Yes    ■    No

    Warrant Requested            ■ Regular Process            □ In Custody

**Location Status:**

Arrest Date

□ Already in Federal Custody as of                        in

□ Already in State Custody at                    □ Serving Sentence        □ Awaiting Trial
■ On Pretrial Release:    Ordered by:    MJ Collings            on

**Charging Document:**        □ Complaint        □ Information        ■ Indictment

**Total # of Counts:**        □ Petty            □ Misdemeanor        ■ Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

■    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:    August 1, 2005        Signature of AUSA:

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Gary Newell    _____

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Conspiracy to possess with intent to distribute  Marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS45 for indictment.wpd - 2/7/02

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II          **Investigating Agency**  DEA

**City**   Boston                    **Related Case Information:**

**County**   Suffolk           Superseding Ind./ Inf.   X          Case No.       03-10370-DPW
                               Same Defendant        X          New Defendant
                               Magistrate Judge Case Number    03-4545-RBC
                               Search Warrant Case Number    03-0455-61, 0477, 0479-84-RBC
                               R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Daniel MacAuley                    Juvenile:        □ Yes        ■ No

Alias Name

Address          16 Roach Street, Quincy, MA

Birthdate:  1966      SS #          Sex:  Male    Race:              Nationality:

**Defense Counsel if known:**                         Address

Bar Number

**U.S. Attorney Information:**

AUSA   Rachel E. Hershfang                    Bar Number if applicable

**Interpreter:**      □ Yes      ■ No          List language and/or dialect:

**Matter to be SEALED:**          Yes   ■   No

      □ Warrant Requested          ■ Regular Process          In Custody

**Location Status:**

Arrest Date          12/2/03

□ Already in Federal Custody as of                    in

□ Already in State Custody at ——————————— □ Serving Sentence      □ Awaiting Trial
X On Pretrial Release:   Ordered by:   MJ Collings              on   12/3/03

**Charging Document:**          □ Complaint          □ Information          ■ Indictment

**Total # of Counts:**          □ Petty          □ Misdemeanor          ■ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

■      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date:   August \ \ , 2005          Signature of AUSA:

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Daniel MacAuley _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**          Category No.   II        **Investigating Agency**    DEA

**City**    Boston            **Related Case Information:**

**County**    Suffolk

Superseding Ind./ Inf.    X        Case No.    03-10370-DPW
Same Defendant    X       New Defendant
Magistrate Judge Case Number    03-0454-RBC
Search Warrant Case Number    03-0455-61, 0477, 0479-84-RBC
R 20/R 40 from District of

**Defendant Information:**

Defendant Name    John J. McCarthy                 Juvenile:      ☐ Yes    ■ No

Alias Name

Address      32 Juniper Street, Brookline, MA

Birthdate:   1964     SS #        Sex:   Male    Race:       Nationality:

**Defense Counsel if known:**            Address

Bar Number

**U.S. Attorney Information:**

AUSA    Rachel E. Hershfang            Bar Number if applicable

**Interpreter:**     ☐ Yes    ■ No      List language and/or dialect:

**Matter to be SEALED:**      Yes   ■    No

     Warrant Requested          ■ Regular Process         ☐ In Custody

**Location Status:**

Arrest Date      12/2/03

☐   Already in Federal Custody as of            in

☐   Already in State Custody at                  ☐ Serving Sentence        ☐ Awaiting Trial

■   On Pretrial Release:    Ordered by:    MJ Collings      on    12/3/03

**Charging Document:**      ☐ Complaint      ☐ Information      ■ Indictment

**Total # of Counts:**      ☐ Petty        ☐ Misdemeanor      ■ Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

■   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:    August\1, 2005        Signature of AUSA:      _[signature]_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    John J. McCarthy. _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**          **Category No.**  II          **Investigating Agency**   DEA

**City**   Boston                    **Related Case Information:**

**County**   Suffolk

Superseding Ind./ Inf.     X                    Case No.    03-10370-DPW
Same Defendant       X                  New Defendant
Magistrate Judge Case Number      03-0454-RBC
Search Warrant Case Number    03-0455-61, 0477, 0479-84-RBC
R 20/R 40 from District of

**Defendant Information:**

Defendant Name    John Graham                    Juvenile:          ☐  Yes        ■  No

Alias Name

Address

Birthdate:   1961        SS #                Sex:  Male    Race:                    Nationalit   Canadian

**Defense Counsel if known:**                        Address

Bar Number

**U.S. Attorney Information:**

AUSA    Rachel E. Hershfang                    Bar Number if applicable

**Interpreter:**          ☐  Yes        ■  No          List language and/or dialect:

**Matter to be SEALED:**          Yes   ■      No

          ☐  Warrant Requested        ■  Regular Process          ☐  In Custody

**Location Status:**

Arrest Date        12/2/03

☐  Already in Federal Custody as of        12/2/03          in

☐  Already in State Custody at ————————— ☐  Serving Sentence          ☐  Awaiting Trial

X  On Pretrial Release:    Ordered by:    MJ Collings          on    12/3/03

**Charging Document:**        ☐  Complaint          ☐  Information          ■  Indictment

**Total # of Counts:**        ☐  Petty ————        ☐  Misdemeanor ————    ■  Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

■    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.**

Date:      August \\ 2005          Signature of AUSA: _[signature]_

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    John Graham    _____

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                 **Category No.** II          **Investigating Agency**    DEA

**City**    Boston                        **Related Case Information:**

**County**    Suffolk                      Superseding Ind./ Inf.    X              Case No.      03-10370-DPW
                                          Same Defendant      X              New Defendant
                                          Magistrate Judge Case Number      03-0454-RBC
                                          Search Warrant Case Number    03-0455-61, 0477, 0479-84-RBC
                                          R 20/R 40 from District of

**Defendant Information:**

Defendant Name    Jose Vezga                              Juvenile:          ☐ Yes      ■ No

Alias Name

Address          11 Melrose Avenue, Wakefield, MA

Birthdate:  1958        SS #              Sex:  Male    Race:   Hispanic        Nationality    Venezuela

**Defense Counsel if known:**                              Address

Bar Number

**U.S. Attorney Information:**

AUSA    Rachel E. Hershfang                      Bar Number if applicable

**Interpreter:**      ☐ Yes      ■ No          List language and/or dialect:

**Matter to be SEALED:**          Yes    ■    No

         ☐    Warrant Requested          ■ Regular Process              In Custody

**Location Status:**

Arrest Date          12/3/03

☐ Already in Federal Custody as of                          in
☐ Already in State Custody at                    ☐ Serving Sentence        ☐ Awaiting Trial
X  On Pretrial Release:    Ordered by:    MJ Collings              on    12/3/03

**Charging Document:**          ☐ Complaint          ☐ Information              ■ Indictment

**Total # of Counts:**          ☐ Petty            ☐ Misdemeanor            ■ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

■    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:    August 11, 2005          Signature of AUSA:

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Jose Vezga    _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1    21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                    Category No. __II__              **Investigating Agency**    __DEA__

**City**    Boston                        **Related Case Information:**

**County**    Suffolk                     Superseding Ind./ Inf.    X              Case No.    03-10370-DPW
                                          Same Defendant _____              New Defendant _____
                                          Magistrate Judge Case Number    03-0454-RBC
                                          Search Warrant Case Number    03-0455-61, 0477, 0479-84-RBC
                                          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Frank Giglio                          Juvenile:        ☐ Yes      ■ No

Alias Name    _____

Address    _____

Birthdate: _____    SS # _____    Sex:  Male    Race:  White    Nationalit _____

**Defense Counsel if known:** _____              Address _____

Bar Number    _____

**U.S. Attorney Information:**

AUSA    Rachel E. Hershfang _____              Bar Number if applicable _____

**Interpreter:**        ☐ Yes      ■ No          List language and/or dialect: _____

**Matter to be SEALED:**        ☐ Yes    ■ No

        ☐    Warrant Requested          ☐X Regular Process              In Custody

**Location Status:**

Arrest Date _____

    Already in Federal Custody as of _____    in _____

☐ Already in State Custody at ―――――――― ☐ Serving Sentence        ☐ Awaiting Trial
X On Pretrial Release:    Ordered by: _____    on _____

**Charging Document:**        ☐ Complaint          ☐ Information              ■ Indictment

**Total # of Counts:**        ☐ Petty ――――    ☐ Misdemeanor ――――    ■ Felony __1__

                        Continue on Page 2 for Entry of U.S.C. Citations

■    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:    August  11, 2005          Signature of AUSA:

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Frank Giglio _____

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____