UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | Cr. No. 03-10370-DPW |
| ) | |
| ) | VIOLATION: |
| v. ) | |
| ) | 21 U.S.C. § 844 - |
| ) | Possession of marijuana |
| JOSE VEZGA ) | |
| ) | |

## SUPERSEDING INFORMATION

**COUNT ONE:**   (21 U.S.C. § 844 - Possession of marijuana)

The United States Attorney charges that:

On or about December 3, 2003, in Danvers, in the District of Massachusetts, and elsewhere,

JOSE VEZGA,

defendant herein, did knowingly and intentionally possess marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 844(a)(1).

                                MICHAEL J. SULLIVAN
                                United States Attorney

                          By:   _____
                                RACHEL E. HERSHFANG
                                Assistant U.S. Attorney

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                                        **U.S. District Court - District of Massachusetts**

**Place of Offense:**          Category No.  II             Investigating Agency    DEA

**City**    Boston              **Related Case Information:**

**County**  Suffolk             Superseding Ind./ Inf.  X          Case No.  03-10370-DPW
                                Same Defendant  X           New Defendant _____
                                Magistrate Judge Case Number    03-0454-RBC
                                Search Warrant Case Number   03-0455-61, 0477, 0479-84-RBC
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Jose Vezga                                  Juvenile:   ☐ Yes   ■ No

Alias Name    _____

Address    11 Melrose Avenue, Wakefield, MA

Birthdate:  1958    SS # _____    Sex: Male    Race: Hispanic    Nationality  Venezuela

**Defense Counsel if known:**    Page Kelley, 617-223-8061    Address _____

Bar Number  _____

**U.S. Attorney Information:**

AUSA    Rachel E. Hershfang                    Bar Number if applicable _____

Interpreter:    ☐ Yes   ■ No        List language and/or dialect: _____

**Matter to be SEALED:**    Yes  ■  No

☐  Warrant Requested        ■  Regular Process        In Custody

**Location Status:**

Arrest Date    12/3/03

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:  Ordered by:   MJ Collings         on   12/3/03

**Charging Document:**    ☐ Complaint    ☐ Information    ■ Indictment

**Total # of Counts:**    ☐ Petty ——— ☐ Misdemeanor ——— ■ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

■   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   September 7 2005        Signature of AUSA:  _____

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):  _____

**Name of Defendant**     Jose Vezga

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 844 | Possession of Marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  _____

_____

_____

JS45 for indictment.wpd - 2/7/02