UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 03-10370-DPW |
|  | ) |  |
|  | ) | VIOLATION: |
| v. | ) |  |
|  | ) | 21 U.S.C. § 844 - |
| JOSE VEZGA | ) | Possession of marijuana |
|  | ) |  |

## WAIVER OF INDICTMENT

I, Jose Vezga, who is accused of possessing marijuana, in violation of 21 U.S.C. §844, being advised of the nature of the charges and of my rights, hereby agree to waive in open court prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
JOSE VEZGA

_____
M. PAGE KELLEY, ESQ.
Attorney for Defendant

Date: 9-8-05