UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10370 DPW |
| | ) | |
| JOSE VEZGA | ) | |
| | ) | |

DEFENDANT'S SENTENCING MEMORANDUM

Defendant Jose Vezga, through counsel, respectfully requests that the Court sentence him to three months' probation. Mr. Vezga pled guilty to a misdemeanor offense of possession of marijuana. His total offense level is 2, with a guideline range of 0 to 6 months. The amount of marijuana he pled guilty to possessing, which the government characterized at the plea hearing as "a very small baggie of marijuana," is consistent with personal use. Nor is there any "relevant conduct" in this case which indicates that Mr. Vezga ever possessed marijuana with the intent to distribute it.

Facts of the case

Jose Vezga was arrested on December 3, 2003, at his apartment building in Danvers, Massachusetts, by two DEA agents. He essentially invited the agents into his home and, when confronted by one of them with some "twigs and seeds" and rolling papers that were on top of a dresser, handed over to them the marijuana he had in his home for personal use. Mr. Vezga pled guilty to this small quantity of personal-use marijuana.

The only "conspirator" in this case with whom Mr. Vezga ever had contact was Kurt Walter. As the government states in its statement of offense conduct, Mr. Vezga is by trade an auto mechanic, and during the time the wiretaps were active in this case, he was working on Mr.

Walter's car.  In the portion of the Presentence Report entitled, "Relevant Uncharged Conduct," the only "conduct" other than the marijuana that was found in Mr. Vezga's home that references an amount of marijuana is a half-ounce of marijuana that Mr. Walter offered Mr. Vezga in a telephone call, in exchange for his having damaged Mr. Walter's car (Presentence Report p 36).

The government also notes that Mr. Vezga accompanied Mr. Walter to the home of a cooperating witness, where Mr. Vezga assisted Mr. Walter in putting a large toolbox in a truck. As the government comments, "Walter [who debriefed with the government] maintains that Vezga knew only that Walter needed assistance in moving the large and heavy item, but that Vezga was not aware of Walter's plans for it" (Presentence Report pp. 36-37).  In fact, Mr. Vezga did not know that Mr. Walter was planning to use the toolbox for drug storage.  At the time of this incident, September, 2003, Mr. Walter was renovating a restaurant in Newton Center, Jumbo's Seafood, and Mr. Vezga thought that the toolbox was needed for that work.

In sum, Mr. Vezga pled guilty to simple possession of marijuana because that is the offense he committed.  Mr. Vezga simply was not part of the charged conspiracy, nor was he any type of marijuana dealer, big or small.

<u>Personal history</u>

Jose Vezga is a forty-seven year old citizen of Venezuela who has been living in this country since he was a teenager.  He has been an auto mechanic for his adult life and is a certified BMW technician.  He married an American citizen in 1982, and was married for almost twenty years before amicably divorcing.  He has two young children from this marriage whom he financially supports and sees regularly.  He has no criminal history points.

Mr. Vezga met Kurt Walter in about 1986 when he was working at Beaconwood Motors and Mr. Vezga installed a sound system in Mr. Walter's car.  Mr. Vezga, who had no family in this country, became friends with Mr. Walter and Mr. Walter's family.  Mr. Vezga frequently had dinner with Mr. Walter and his mother, he spent holidays such as Thanksgiving with Mr. Walter's family, and he worked on many family members' cars.  Mr. Vezga looked up to Mr. Walter, who eventually earned a law degree, as a person who was knowledgeable and from a good family.

In 2003, when the wiretaps in this case were active, Mr. Vezga frequently called Mr. Walter to socialize and to discuss repairs to Mr. Walter's car.  In addition, Mr. Walter was separated from his wife, and Mr. Vezga and Mr. Walter often discussed personal problems relating to their broken marriages.  During this time, Mr. Vezga was smoking marijuana daily, a habit he gradually had developed in the aftermath of his divorce in 2001.  It is clear from the telephone call cited by the government in its statement of facts that Mr. Walter paid Mr. Vezga for working on his car with personal-use quantities of marijuana.

When Mr. Vezga was arrested in December, 2003, he was released on conditions which included drug testing and regular reporting.  During the pendency of this case, Mr. Vezga has been under severe stress due to having been charged as a participant in a marijuana conspiracy, a charge which, if it resulted in conviction, would undoubtedly result in his permanent deportation from this country.  After his arrest, in spite of the stress of living under the cloud of this case, Mr. Vezga completely stopped using marijuana.  He was so successful at the drug testing performed by Pretrial Services, never having a positive result, that Pretrial Services eventually

determined that he no longer needed to be tested.  Since his arrest, Mr. Vezga has not used any illegal substances or even drunk alcohol.

The defendant asks this Court, under both the Guidelines and under the factors listed in 18 U.S.C. § 3553, to sentence him to three months' probation.  In the nearly two years he has been on pretrial release, he has not had one problem with compliance with his conditions.  The crime he pled guilty to is a misdemeanor for simple possession of a small amount of marijuana.  The requested sentence is within the Guidelines range and also satisfies the criteria set forth in § 3553.

JOSE VEZGA
By his attorney,

/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: November 15, 2005