```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA    )
                            )
    v.                      )   Criminal No. 03-10370-DPW
                            )
DOUGLAS K. BANNERMAN, ET AL. )

**<u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>**

    The United States of America, by and through its attorney, the United States Attorney for the District of Massachusetts, hereby respectfully moves this Court to permit the withdrawal of undersigned as counsel for the government.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

                    By:  */s/ Peter K. Levitt*
                          PETER K. LEVITT
                          Assistant U.S. Attorney

                          Date:  April 11, 2008